UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/19

Emanuel Delacruz and on behalf of all
other persons similarly situated,

    Plaintiffs,

- vs. -

Stack's-Bowers Numismatics, LLC,

    Defendant.

DOCKET NO. 18-CV-9900
(RA)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

GOTTLIEB & ASSOCIATES

By: _____
   Jeffrey M. Gottlieb

150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
nyjg@aol.com
Attorneys for Plaintiffs

Dated: March 13 2019
    New York, New York

SAMUEL & STEIN

By: _____
   David Stein

38 West 32nd Street, Suite 1110
New York, NY 10001
(212) 563-9884
dstein@samuelandstein.com
Attorneys for Defendants

Dated: Mar. 4 2019
    New York, New York

SO ORDERED:

_____
Hon. Ronnie Abrams, U.S.D.J.

3-13-19